# United States Court of Appeals
# for the Fifth Circuit

_____

No. 24-50611
Summary Calendar

_____

United States Court of Appeals
Fifth Circuit

**FILED**
March 17, 2025

Lyle W. Cayce
Clerk

UNITED STATES OF AMERICA,

*Plaintiff—Appellee*,

*versus*

JUAN CARLOS BAZA-TORRES,

*Defendant—Appellant*.

_____

Appeal from the United States District Court
for the Western District of Texas
USDC No. 1:13-CR-506-1

_____

Before GRAVES, WILLETT, and WILSON, *Circuit Judges*.

PER CURIAM:*

The Federal Public Defender appointed to represent Juan Carlos Baza-Torres, federal prisoner # 98781-279, has moved for leave to withdraw and has filed a brief in accordance with *Anders v. California*, 386 U.S. 738 (1967), and *United States v. Flores*, 632 F.3d 229 (5th Cir. 2011). Baza-Torres has not filed a response. We have reviewed counsel's brief and the relevant

_____

* This opinion is not designated for publication. *See* 5TH CIR. R. 47.5.

No. 24-50611

portions of the record reflected therein. We concur with counsel's assessment that the appeal presents no nonfrivolous issue for appellate review. Accordingly, counsel's motion for leave to withdraw is GRANTED, counsel is excused from further responsibilities herein, and the appeal is DISMISSED. *See* 5TH CIR. R. 42.2.